# UNITED STATE DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

## CASE NO. 21-80065-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**ARMANDO BLADIMIR SOTO-MATEO**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge [ECF No. 48]. On June 24, 2021, Magistrate Judge Bruce Reinhart held a Change of Plea hearing and thereafter issued a Report and Recommendation [ECF No. 61]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 61] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Armando Bladimir Soto-Mateo as to Count Eight of the Indictment is **ACCEPTED**;

3. Defendant Armando Bladimir Soto-Mateo is adjudicated guilty of Count Eight of the Indictment, which charges him with attempted reentry after deportation for an aggravated felony, in violation of 8 U.S.C. § 1326(a) and 1326(b)(2).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 13th day of July 2021.

                                            **AILEEN M. CANNON**
                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record